

E-FILED
MAR - 2 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY STEPHEN JOHNSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:09-CV-1023-B |
| | § | |
| S. BUENTELLO, et al., | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that Plaintiff's motion for reconsideration (Doc. #10) is denied and his motion for enlargement of time to file a brief in support (Doc. #14) is denied as moot.

SO ORDERED this 2nd day of March, 2010.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE